| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | Mark B. Mizrahi (SBN 179384)<br>**BROOKS KUSHMAN P.C.**<br>6701 Center Drive West<br>Suite 610<br>Los Angeles, CA 90045<br>Tel:  (310) 348-8200<br>Fax:  (310) 846-4799<br>mmizrahi@brookskushman.com<br><br>*Attorney for Defendant*<br>*Delta Faucet Company* | *E-Filed 02/26/2010* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SAN FRANCISCO TECHNOLOGY INC.,<br><br>   PLAINTIFF,<br><br>   v.<br><br>ADOBE SYSTEMS INCORPORATED, THE BRITA PRODUCTS COMPANY, DELTA FAUCET COMPANY, EVANS MANUFACTURING, INC., THE EVERCARE COMPANY, GRAPHIC PACKAGING INTERNATIONAL INC., MAGNUM RESEARCH INC., PAVESTONE COMPANY LP, THE PROCTOR & GAMBLE COMPANY, S.C. JOHNSON & SON INC., SPECTRUM BRANDS INC., SUPER SWIM CORP., UNILOCK INC., WEST COAST CHAIN MFG. CO.,<br><br>   DEFENDANTS. | **CASE NO.:  5:09-CV-06083-RS**<br><br>[PROPOSED] **ORDER REGARDING WITHDRAWAL OF COUNSEL FOR DEFENDANT DELTA FAUCET COMPANY** |

[PROPOSED] ORDER REGARDING WITHDRAWAL OF COUNSEL FOR DEFENDANT DELTA FAUCET COMPANY
Case Number:  5:09-cv-06083-RS

1

BROOKS KUSHMAN P.C.
6701 Center Drive, Suite 610
Los Angeles, CA 90045
Tel: (310) 348-8200; Fax (310) 846-4799

1  In view of defendant Delta's consent to the withdrawal of Brooks Kushman as counsel for
2  defendant in this case, the filing of appearances by new counsel filed with this Court, the fact that
3  change of counsel will not alter the date of any event or deadline already fixed this Court order, and
4  GOOD CAUSE appearing therefore, the Court Orders as follows:
5  Brooks Kushman P.C. is withdrawn as counsel for defendant Delta in this case.
6  **IT IS SO ORDERED.**
7
8  Dated: 02/26/2010          By: *[signature]*
                               Hon. Richard Seeborg
9                              United States District Court Judge

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28